IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-351 *** |
| | ) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Imagine Communications, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including July 26, 2007.

  /s/ Jack B. Blumenfeld                     /s/ Mary B. Matterer              
Jack B. Blumenfeld #1014                Richard K. Herrmann #405
Karen Jacobs Louden #2881               Mary B. Matterer #2696
MORRIS, NICHOLS, ARSHT & TUNNELL LLP    MORRIS JAMES LLP
1201 North Market Street                500 Delaware Avenue, Suite 1500
P.O. Box 1347                           Wilmington, DE 19801-1494
Wilmington, DE 19899-1347               (302) 888-6800
(302) 658-9200                          rherrmann@morrisjames.com
jblumenfeld@mnat.com                    mmatterer@morrisjames.com
klouden@mnat.com

                                        *Attorneys for Defendant*
*Attorneys for Plaintiff*               *Imagine Communications, Inc.*
*BigBand Networks, Inc.*


**SO ORDERED** this ____ day of _____, 2007.

_____
Magistrate Judge