IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., : | |
| : | |
|     Plaintiff and Counterclaim : | |
|     Defendant, : | |
| : | |
|     v. : | C. A. No. 07-351-*** |
| : | |
| IMAGINE COMMUNICATIONS, INC., : | |
| : | |
|     Defendant and Counterclaim : | |
|     Plaintiff. : | |

## ORDER

At Wilmington this **14th** day of **August, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Thursday, September 6, 2007 at 3:00 p.m. EST with Magistrate Judge Thynge has been rescheduled to **Wednesday, September 12, 2007 at 11:30 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                      /s/ Mary Pat Thynge
                                                                       UNITED STATES MAGISTRATE JUDGE