IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-351 (***) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) BigBand Networks, Inc.'s First Set of Requests for Production of Documents to Imagine Communications, Inc. (Nos. 1-56); and (2) BigBand Networks, Inc.'s First Set of Interrogatories to Imagine Communications (Nos. 1-13) were caused to be served on August 27, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY U.S. MAIL AND E-MAIL**

John Benassi
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff BigBand Networks, Inc*

OF COUNSEL:

Peter P. Chen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

James L. Day
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

Dated:  August 27, 2007
1221393

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on August 27, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

**BY U.S. MAIL AND E-MAIL**

John Benassi
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122


*/s/ Karen Jacobs Louden (#2881)*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com