IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
|     Plaintiff and Counterclaim Defendant, | ) ) ) |
| v. | ) Civil Action No. 1:07-cv-00351 *** |
| IMAGINE COMMUNICATIONS, INC., | ) ) ) **JURY TRIAL DEMANDED** |
|     Defendant and Counterclaim Plaintiff. | ) ) ) |

## NOTICE OF SERVICE

Please take notice that on this 27th day of August, 2007, copies of the following documents, **Imagine Communications, Inc.'s First Set of Requests for Admissions, Imagine Communications, Inc.'s First Set of Requests For Production, and Imagine Communications, Inc.'s First Set of Interrogatories,** were served on counsel as indicated below:

**By Hand and Email**

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

**Via Email and FedEx (on 8-28-07)**

| | |
|---|---|
| Peter P. Chen | James L. Day |
| Latham & Watkins LLP | Latham & Watkins LLP |
| 140 Scott Drive | 505 Montgomery Street, Suite 2000 |
| Menlo Park, CA 94025 | San Francisco, CA 94111 |
| 650.328.4600 | 415.391.0600 |
| peter.chen@lw.com | jim.day@lw.com |

By: /s/ Richard K. Herrmann
    Richard K. Herrmann (I.D. No. 405)
    Mary B. Matterer #2696
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801-1494
    Tel: (302) 888-6800
    mmatterer@morrisjames.com

*Attorneys for Defendant Imagine Communications, Inc.*