IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-351 (***) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the parties' time to serve the following discovery is extended through and including October 17, 2007:

1.  BigBand Network, Inc.'s responses to Imagine Communications, Inc.'s First Set Of Requests For Admissions, First Set Of Requests For Production, and First Set Of Interrogatories;

2.  Imagine Communications, Inc.'s responses to BigBand Networks, Inc.'s First Set Of Requests For Production Of Documents To Imagine Communications, Inc. (Nos. 1-56) and First Set Of Interrogatories To Imagine Communications, Inc. (Nos. 1-13); and

3.  The parties' Initial Disclosures pursuant to Rule 26(a).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Plaintiff BigBand Networks, Inc.* | Mary B. Matterer (#2696)<br>mmatterer@morrisjames.com<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19899<br>(302) 888-6800<br>*Attorneys for Defendant Imagine Communications, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
J.

1242023