IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-351 (***) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to submit to the Court a proposed form of Protective Order for the exchange of confidential information is extended through and including October 16, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden (#2881)
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff
   BigBand Networks, Inc*

MORRIS JAMES LLP

/s/ Mary B. Matterer (#2696)
Mary B. Matterer (#2696)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant
   Imagine Communications, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
J.