IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BIGBAND NETWORKS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-351 (***) |
| IMAGINE COMMUNICATIONS, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the parties' time to serve the following discovery responses is extended through and including October 24, 2007:

1. BigBand Network, Inc.'s responses to Imagine Communications, Inc.'s First and Second Sets Of Requests For Admissions, First Set Of Requests For Production, and First and Second Sets Of Interrogatories; and

2. Imagine Communications, Inc.'s responses to BigBand Networks, Inc.'s First Set Of Requests For Production Of Documents To Imagine Communications, Inc. (Nos. 1-56) and First Set Of Interrogatories To Imagine Communications, Inc. (Nos. 1-13).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Plaintiff BigBand Networks, Inc.* | Mary B. Matterer (#2696)<br>mmatterer@morrisjames.com<br>500 Delaware Avenue<br>Suite1500<br>Wilmington, DE 19899<br>(302) 888-6800<br>*Attorneys for Defendant Imagine Communications, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
J.

1242023