IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>IMAGINE COMMUNICATIONS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 1:07-cv-00351 *** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANT IMAGINE COMMUNICATIONS, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A),** were caused to be served on counsel listed below as indicated this 17th day of October, 2007:

Jack B. Blumenfeld  *VIA EMAIL*
Karen Jacobs Louden  *and HAND DELIVERY*
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market
Wilmington, DE 19899-1347

Peter P. Chen  *VIA EMAIL*
Latham & Watkins LLP  *and FEDERAL EXPRESSY*
140 Scott Drive
Menlo Park, CA  94025
650.328.4600

James L. Day  *VIA EMAIL*
Latham & Watkins LLP  *and FEDERAL EXPRESS*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
415.391.0600

Date:  October 17, 2007             /s/ Mary B. Matterer
                                    MARY B. MATTERER (I.D. No. 2696)
                                    MORRIS JAMES LLP
                                    500 Delaware Avenue, Suite 1500
                                    Wilmington, DE  19801
                                    Telephone:  302-888-6800
                                    Facsimile:  302-571-1750
                                    Email:  mmatterer@morrisjames.com

OF COUNSEL:

JOHN M. BENASSI (Bar No. 74137)
ALEXANDER BRAINERD (Bar No. 42722)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122-1246
Telephone:  858-450-8400
Facsimile:  858-450-8499
Email :  john.benassi@hellerehrman.com

PETER E. GRATZINGER (Bar No. 228764)
HELLER EHRMAN LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  213-689-0200
Facsimile:  213-614-1868
Email:  peter.gratzinger@hellerehrman.com


                                    Attorneys for Defendant and Counterclaim Plaintiff
                                    IMAGINE COMMUNICATIONS, INC.