IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-351 (***) |
| | ) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of BigBand Networks, Inc.'s Initial Disclosures were caused to be served on October 17, 2007 upon the following counsel in the manner indicated:

### BY OVERNIGHT MAIL AND E-MAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

John Benassi
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Jack B. Blumenfeld ( #1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
   Attorneys for Plaintiff BigBand Networks, Inc.

OF COUNSEL:

Peter P. Chen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

James L. Day
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

October 18, 2007
1221393

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on October 18, 2007 upon the following in the manner indicated:

| **BY HAND AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19899 | John Benassi<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive<br>Suite 700<br>San Diego, CA 92122 |

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com