IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>IMAGINE COMMUNICATIONS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 1:07-cv-00351 *** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **IMAGINE COMMUNICATIONS, INC.'S OBJECTIONS AND RESPONSES TO BIGBAND NETWORKS, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS and IMAGINE COMMUNICATIONS, INC.'S OBJECTIONS AND RESPONSES TO BIGBAND NETWORKS, INC.'S FIRST SET OF INTERROGATORIES,** were caused to be served on counsel listed below as indicated this 24th day of October, 2007:

Jack B. Blumenfeld                                         *VIA EMAIL*
Karen Jacobs Louden                                    *and HAND DELIVERY*
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market
Wilmington, DE 19899-1347

Peter P. Chen                                                  *VIA EMAIL*
Latham & Watkins LLP                                *and FEDERAL EXPRESS*
140 Scott Drive
Menlo Park, CA  94025
650.328.4600

James L. Day  
Latham & Watkins LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA  94111  
415.391.0600

*VIA EMAIL*  
*and FEDERAL EXPRESS*

Date:  October 24, 2007

    */s/ Mary B. Matterer*  
MARY B. MATTERER (I.D. No. 2696)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE  19801  
Telephone:  302-888-6800  
Facsimile:  302-571-1750  
Email:  mmatterer@morrisjames.com

<u>OF COUNSEL</u>:

JOHN M. BENASSI (Bar No. 74137)  
ALEXANDER BRAINERD (Bar No. 42722)  
HELLER EHRMAN LLP  
4350 La Jolla Village Drive, 7th Floor  
San Diego, CA  92122-1246  
Telephone:  858-450-8400  
Facsimile:  858-450-8499  
Email :  john.benassi@hellerehrman.com

PETER E. GRATZINGER (Bar No. 228764)  
HELLER EHRMAN LLP  
333 South Hope Street  
Los Angeles, CA  90071  
Telephone:  213-689-0200  
Facsimile:  213-614-1868  
Email:  peter.gratzinger@hellerehrman.com

    Attorneys for Defendant and Counterclaim Plaintiff  
    IMAGINE COMMUNICATIONS, INC.