IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 07-351 (***) |
| IMAGINE COMMUNICATIONS, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *(1) BigBand Networks, Inc.'s Response To Imagine Communications, Inc.'s First Set Of Interrogatories; (2) BigBand Networks, Inc.'s Response To Imagine Communications, Inc.'s Second Set Of Interrogatories; (3) BigBand Networks, Inc.'s Response To Imagine Communications, Inc.'s First Set Of Request For Production (Nos. 1-40); (4) BigBand Networks, Inc.'s Response To Imagine Communications, Inc.'s First Set Of Requests For Admissions; and (5) BigBand Networks, Inc.'s Response To Imagine Communications, Inc.'s Second Set Of Requests For Admissions* were caused to be served on October 24, 2007 upon the following counsel in the manner indicated:

**BY OVERNIGHT MAIL AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

John Benassi
Alexander Brainerd
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

Peter E. Gratzinger
Heller Ehrman LLP
333 South Hope Street
Los Angeles, CA  90071

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Karen Jacobs Louden*
        _____
        Jack B. Blumenfeld ( #1014)
        Karen Jacobs Louden (#2881)
        1201 North Market Street
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        klouden@mnat.com
          Attorneys for Plaintiff BigBand Networks, Inc.

OF COUNSEL:

Peter P. Chen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

James L. Day
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

October 25, 2007
1221393

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Mary B. Matterer
    MORRIS JAMES LLP

I also certify that copies were caused to be served on October 25, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

**BY E-MAIL**

John Benassi
Alexander Brainerd
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

Peter E. Gratzinger
Heller Ehrman LLP
333 South Hope Street
Los Angeles, CA 90071

    */s/ Karen Jacobs Louden*
    _____
    Karen Jacobs Louden (#2881)
    klouden@mnat.com