IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 07-351 (***) |
| ) | |
| IMAGINE COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant and Counterclaim Plaintiff. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff BigBand Networks, Inc.'s Response and Objections to Defendant Imagine Communications, Inc.'s First Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on January 8, 2008 upon the following counsel in the manner indicated:

| **BY U.S. MAIL** | **BY E-MAIL and U.S. MAIL** |
|---|---|
| Mary B. Matterer | Peter E. Gratzinger |
| Morris James LLP | John Benassi |
| 500 Delaware Avenue | Alexander Brainerd |
| Suite 1500 | Heller Ehrman LLP |
| Wilmington, DE 19801 | 4350 La Jolla Village Drive |
| | Suite 700 |
| | San Diego, CA 92122 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
  *Attorneys for Plaintiff BigBand Networks, Inc.*

OF COUNSEL:

Peter P. Chen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

James L. Day
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

January 8, 2008
1377764

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on January 8, 2008 upon the following in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801 | John Benassi<br>Alexander Brainerd<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive<br>Suite 700<br>San Diego, CA 92122<br><br>Peter E. Gratzinger<br>Heller Ehrman LLP<br>333 South Hope Street<br>Los Angeles, CA  90071 |

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com