## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | : |
|     Plaintiff and Counterclaim Defendant, | : : : : |
| v. | :   C. A. No. 07-351-JJF |
| IMAGINE COMMUNICATIONS, INC., | : : |
|     Defendant and Counterclaim Plaintiff. | : : |

## **ORDER**

At Wilmington this **20th** day of **February, 2008**.

IT IS ORDERED that the status teleconference scheduled for Wednesday, March 5, 2008 at 4:30 p.m. EST with Magistrate Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE