IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 07-351 (JJF)<br>) |
| IMAGINE COMMUNICATIONS, INC., | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff BigBand Networks, Inc.'s Response And Objections To Defendant Imagine Communications, Inc.'s First Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on February 20, 2008 upon the following counsel in the manner indicated:

### BY E-MAIL AND U.S. MAIL

| | |
|---|---|
| Mary B. Matterer | John Benassi |
| Morris James LLP | Peter Gratzinger |
| 500 Delaware Avenue | Heller Ehrman LLP |
| Suite 1500 | 4350 La Jolla Village Drive |
| Wilmington, DE 19801 | Suite 700 |
| | San Diego, CA 92122 |

2

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld ( #1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
  Attorneys for Plaintiff BigBand Networks, Inc.

OF COUNSEL:

Peter P. Chen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

James L. Day
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

Dated:  February 20, 2008
1221393

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on February 20, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY E-MAIL**

John Benassi
Alexander Brainerd
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

Peter E. Gratzinger
Heller Ehrman LLP
333 South Hope Street
Los Angeles, CA  90071

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)
klouden@mnat.com