# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> IMAGINE COMMUNICATIONS, INC., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.07-00351 JJF |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Peter E. Gratzinger is hereby withdrawn as counsel of record for defendant Imagine Communications, Inc.  Defendant continues to be represented by the law firms of Morris James LLP and Heller Ehrman LLP.

Date:  March 27, 2008

 /s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware   19801-1494
Telephone:  302-888-6800
Facsimile:  302-571-1750
E-mail:         rherrmann@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF IMAGINE COMMUNICATIONS, INC.*