IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-351 (JJF) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Paragraphs 3.c. and d. of the September 19, 2007 Scheduling Order (D.I. 19) are amended to provide that:

(1)   All fact discovery in this case shall be initiated so that it will be completed on or before August 1, 2008; and

(2)   All expert discovery in this case shall be completed by October 31, 2008. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before August 22, 2008. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before September 26, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Mary B. Matterer (#2696)* |
| Jack B. Blumenfeld (#1014) | Richard K. Herrmann (#405) |
| Karen Jacobs Louden (#2881) | Mary B. Matterer (#2696) |
| 1201 North Market Street | 500 Delaware Avenue |
| P. O. Box 1347 | Suite 1500 |
| Wilmington, DE  19899-1347 | P.O. Box 2306 |
| (302) 658-9200 | Wilmington, DE  19899 |
| jblumenfeld@mnat.com | (302) 888-6800 |
| klouden@mnat.com | rherrmann@morrisjames.com |
|  | mmatterer@morrisjames.com |
| *Attorneys for Plaintiff* | |
| *   BigBand Networks, Inc* | *Attorneys for Defendant* |
|  | *   Imagine Communications, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
                                                            J.