IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| BIGBAND NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-351 (JJF) |
| | ) | |
| IMAGINE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**BIGBAND'S MOTION FOR PROTECTIVE ORDER TO STRIKE
IMAGINE'S SECOND AMENDED NOTICE OF DEPOSITION
OF BIGBAND PURSUANT TO FED. R. CIV. P. 30(B)(6)**

Plaintiff BigBand Networks, Inc. ("BigBand") hereby moves for a protective order to strike Imagine Communication's second amended notice of deposition of BigBand pursuant to Fed. R. Civ. P. 30(b)(6). The grounds for this motion are set forth in the opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Plaintiff BigBand Networks, Inc*

May 2, 2008
2314353

**CERTIFICATE PURSUANT TO D. DEL. L R 7.1.1**

Pursuant to D. Del. LR 7.1.1, this is to certify that counsel for plaintiff BigBand Networks, Inc. has discussed the subject matter of this motion with counsel for Imagine Communications, Inc. and they have not been able to reach agreement on the matters therein.

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on May 2, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY E-MAIL**

John Benassi
Alexander Brainerd
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden