IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-351 (JJF) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that plaintiff BigBand Networks, Inc. requests that its Motion For Protective Order To Strike Imagine's Second Amended Notice Of Deposition Of BigBand Pursuant To Fed. R. Civ. P. 30(b)(6) to be heard on Friday, June 6, 2008 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff BigBand Networks, Inc*

May 2, 2008
2314347

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on May 2, 2008 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY E-MAIL**

John Benassi
Alexander Brainerd
Heller Ehrman LLP
4350 La Jolla Village Drive
Suite 700
San Diego, CA 92122

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden