IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-351 (JJF) |
| | ) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff BigBand Networks, Inc. requests that its Motion To Compel Further Responses To Written Discovery be heard on Friday, June 6, 2008 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff BigBand Networks, Inc*

May 6, 2008
2316740

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on May 6, 2008 upon the following in the manner indicated:

| **BY HAND AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | John Benassi<br>Alexander Brainerd<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive<br>Suite 700<br>San Diego, CA 92122 |

>*/s/ Karen Jacobs Louden*
>―――――――――――――――
>Karen Jacobs Louden