IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>IMAGINE COMMUNICATIONS, INC., )<br>)<br>Defendant and Counterclaim Plaintiff. )<br>) | Civil Action No. 1:07-cv-00351 JJF<br><br>**JURY TRIAL DEMANDED** |

**IMAGINE COMMUNICATIONS' MOTION TO LIMIT CLAIMS**

Defendant Imagine Communications, Inc. hereby moves this Court for an Order compelling Plaintiff BigBand Networks, Inc. to narrow its asserted claims in this matter to a total of ten claims. A memorandum in support of this motion is being filed concurrently herewith.

Dated: May 6, 2008

_____
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: 302-888-6800
Email: mmatterer@morrisjames.com

OF COUNSEL:
JOHN M. BENASSI (Cal. Bar No. 74137)
ALEXANDER BRAINERD (Cal. Bar No. 42722)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: 858-450-8400
Facsimile: 858-450-8499
Email : john.benassi@hellerehrman.com

                              Attorneys for Defendant and Counterclaim Plaintiff
                              IMAGINE COMMUNICATIONS, INC.

## **RULE 7.1.1 CERTIFICATE**

The undersigned certifies that movant has made reasonable efforts to reach an agreement with opposing counsel on the matters set forth in this Motion.

_____
Mary B. Matterer (I.D. No. 2696)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00351 JJF |
| | ) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant and Counterclaim Plaintiff. | ) |
| | ) |

**ORDER**

Now pending before the Court is DEFENDANT IMAGINE COMMUNICATIONS' MOTION TO LIMIT CLAIMS.

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that Defendant's motion is GRANTED. Plaintiff BigBand Networks, Inc. shall provide Defendant, within two weeks of the date of this Order, a final list of no more than ten total asserted claims from the patents-in-suit.

Dated: _____          _____
                                  United States District Court Judge