IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., )<br>　　Plaintiff and Counterclaim Defendant, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>IMAGINE COMMUNICATIONS, INC., )<br>　　Defendant and Counterclaim Plaintiff. )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 1:07-cv-00351 JJF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF IMAGINE COMMUNICATIONS' MOTION TO LIMIT CLAIMS**

PLEASE TAKE NOTICE that Defendant Imagine Communications, Inc. requests that its Motion to Limit Claims be heard on June 6, 2008 at 10 a.m. before the Honorable Joseph J. Farnan, Jr.

Dated: May 6, 2008

_____
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: 302-888-6800
Email: mmatterer@morrisjames.com

OF COUNSEL:
JOHN M. BENASSI (Cal. Bar No. 74137)
ALEXANDER BRAINERD (Cal. Bar No. 42722)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: 858-450-8400
Facsimile: 858-450-8499
Email : john.benassi@hellerehrman.com

　　　　　　　　　　　　Attorneys for Defendant and Counterclaim Plaintiff
　　　　　　　　　　　　IMAGINE COMMUNICATIONS, INC.