IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIGBAND NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-351 (JJF) |
| | ) |
| IMAGINE COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sara Graves of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025, to represent Plaintiff BigBand Networks, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Plaintiff BigBand Networks, Inc*

Date: May 14, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____     _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 14, 2008

/s/ Sara Graves
Sara Graves
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on May 14, 2008 upon the following in the manner indicated:

| BY HAND AND E-MAIL | BY E-MAIL |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | John Benassi<br>Alexander Brainerd<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive<br>Suite 700<br>San Diego, CA 92122 |

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)